1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar #13644
3  BIANCA R. PUCCI
   Assistant United States Attorney
4  Nevada Bar #12940
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Phone: (702) 388-5080
6  Bianca.Pucci@usdoj.gov
   *Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE TELEPHONE NUMBER<br><br>**702-687-6976**<br><br>THAT IS STORED AT PREMISES CONTROLLED BY TEXTNOW, INC. | Case No. 2:20-mj-00326-BNW<br><br>**Government's Motion to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE TELEPHONE NUMBER<br><br>**720-715-4830**<br><br>THAT IS STORED AT PREMISES CONTROLLED BY TEXTNOW, INC. | Case No. 2:20-mj-00327-BNW<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant cases and all related documents in anticipation

of producing the same as discovery in Case No. 2:20-mj-00321-DJA.

DATED this 17th day of December, 2020.

                                          Respectfully,

                                          NICHOLAS A. TRUTANICH
                                          United States Attorney

                                          */s/ Bianca R. Pucci*
                                          BIANCA R. PUCCI
                                          Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE TELEPHONE NUMBER **702-687-6976** THAT IS STORED AT PREMISES CONTROLLED BY TEXTNOW, INC. | Case No. 2:20-mj-00326-BNW<br><br>**Order to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE TELEPHONE NUMBER **720-715-4830** THAT IS STORED AT PREMISES CONTROLLED BY TEXTNOW, INC. | Case No. 2:20-mj-00327-BNW<br><br>**Order to Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 22nd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3